IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WARNER CHILCOTT (US), LLC, WARNER CHILCOTT COMPANY, LLC, AND QUALICAPS CO., LTD.,**<br><br>Plaintiffs,<br>v.<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>Defendant. | Civil Action No. 2:15-cv-01471-JRG-RSP |
| **WARNER CHILCOTT (US), LLC, WARNER CHILCOTT COMPANY, LLC, AND QUALICAPS CO., LTD.,**<br><br>Plaintiffs,<br>v.<br><br>**MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES LIMITED, AND MYLAN, INC.,**<br><br>Defendants. | Civil Action No. 2:15-cv-01740-JRG-RSP |

**ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE**

Before the Court is Plaintiffs Warner Chilcott (US), LLC, Warner Chilcott Company, LLC, and Qualicaps Co., Ltd.'s Motion to Consolidate.

Having considered the Motion, and the entire record in these cases, the Court hereby GRANTS the Motion. It is therefore ORDERED that C.A. No. 2:15-cv-01740 (the "*Mylan*

action") is CONSOLIDATED with **Lead Case** C.A. No. 2:15-cv-01471, *Warner Chilcott (US), LLC v. Teva Pharms. USA, Inc.* (the "*Teva* action") for all purposes; and it is

FURTHER ORDERED that the cases shall proceed as a single action under C.A. No. 2:15-cv-1471; and it is

FURTHER ORDERED that all parties shall meet and confer to negotiate an Amended Protective Order, Amended Discovery Order, and Amended e-Discovery Order to govern both cases.

**It is SO ORDERED.**