# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, QUALICAPS CO., LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES LIMITED, MYLAN, INC., <br><br> *Defendants*. | Case No. 2:15-CV-01471-JRG-RSP (Lead Case) <br><br> Case No. 2:15-CV-01740-JRG-RSP (Member Case) |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 121)

Magistrate Judge Payne issued a Report and Recommendation, which recommended denying Mylan's motion to dismiss for failure to state a claim, lack of personal jurisdiction, and improper venue. *See* Dkt. No. 121. Given that the Report and Recommendation was filed on January 19, 2017, the parties had until February 2, 2017, to file any objections. Neither party filed an objection, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2). Accordingly, the Report and Recommendation is adopted. Mylan's motion to dismiss, Dkt. No. 96, is **DENIED**.

**So ORDERED and SIGNED this 13th day of February, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE