IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| ALLERGAN SALES, LLC, AND QUALICAPS CO., LTD., | § § § § § § § § § § § | Case No. 2:15-CV-01471-JRG-RSP (Lead) |
|---|---|---|
| *Plaintiffs*, | | |
| v. | | |
| TEVA PHARMACEUTICALS USA, INC., | | |
| *Defendant*. | | |

## ORDER

Plaintiffs object to Magistrate Judge Payne's recommendation that Plaintiffs' motion to dismiss Teva Pharmaceuticals USA, Inc. ("Teva") for lack of subject matter jurisdiction be denied. Dkt. 218. Having reviewed Plaintiffs' objections, and having considered Judge Payne's Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly, it is **ORDERED**:

(1) Plaintiffs' objections, Dkt. 218, are **OVERRULED**.

(2) Magistrate Judge Payne's Report and Recommendation, Dkt. 197, is **ADOPTED**.

(3) Plaintiffs' motion to dismiss Teva for lack of subject matter jurisdiction, Dkt. 146, is **DENIED**.

**So Ordered this**
**Aug 10, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1