IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALLERGAN SALES, LLC AND QUALICAPS CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 2:15-cv-1471-JRG-RSP<br><br>Civil Action No. 2:17-cv-00343-JRG-RSP<br><br>**LEAD CONSOLIDATED CASE** |
| ALLERGAN SALES, LLC AND QUALICAPS CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES LIMITED, AND MYLAN, INC.,<br><br>Defendants. | Civil Action No. 2:15-cv-1740-JRG-RSP |

### ORDER

Before the Court is the Joint Motion to Exceed Summary Judgment Briefing Page Limits. After consideration, the Court finds that the Motion is well taken and is hereby GRANTED.

**SIGNED** this 22nd day of September, 2017.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE